FILED

JUN 2 5 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL MAGANA-AMEZCUA,<br><br>Defendant. | Case No. 14-CR-0976-001-GT<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case, formerly scheduled for Thursday, July 17, 2014 at 9:30 a.m., be changed to Thursday, July 31, 2014 at 9:30 a.m., before this Court.

DATE: 6/25/14

HONORABLE GORDON THOMPSON, JR.
United States District Judge